# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA,

-vs-  Case No. 6:11-cr-256-Orl-28GJK

WILFREDO MORALES

---

## ORDER

This case is before the Court on Defendant's Motion for Release Pending Sentencing (Doc. No. 73) filed December 27, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be **DENIED**.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 5, 2012 (Doc. No. 82) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Wilfredo Morales' Motion for Release Pending Sentencing (Doc. No. 73) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23 day of January, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party